

ORDERED in the Southern District of Florida on May 16, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                             Case No.  13-26720-BKC-LMI

HAYDEE ALFARO,                                     Chapter 13

       Debtor.
_____/

### ORDER DENYING DEBTOR'S EMERGENCY MOTION TO SHORTEN PREJUDICE PERIOD

THIS CAUSE came before the Court on May 14, 2014 upon Debtor's Emergency Motion to Shorten Prejudice Period (ECF #80).  The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED as follows**:

1.    The Debtor's Emergency Motion to Shorten Prejudice Period is denied without prejudice for lack of prosecution.

###

Copies furnished to:
Patrick Cordero, Esq.

*The clerk of court shall serve a copy of this order upon all parties in interest.*